# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

v.                              No. 4:13CR00051 KGB

**JAMES DAVIS**                                                                    **DEFENDANT**

## ORDER

On June 14. 2013, defendant James Davis filed his Motion to Continue Sentencing Hearing (Dkt. No. 8). The motion recites that Assistant United States Attorney John Bush has no objection to the motion.

Therefore this matter is removed from this Court's trial calendar and will be reset by amended notice.

SO ORDERED this 26th day of June, 2013.

_____
Kristine G. Baker
United States District Judge